IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT A. HOWE                                                                                    PETITIONER

v.                                         NO. 3:07CV00141 JLH

GAYLON LAY, Warden of the Cummins                                                  RESPONDENT
Unit, Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. The Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to allow for the consideration of Fourth Amendment claims filed by petitioner Scott A. Howe is denied. His petition for writ of habeas corpus is dismissed and all requested relief is denied. Judgment will be entered for respondent Gaylon Lay.

IT IS SO ORDERED this 31st day of January, 2008.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE