IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT A. HOWE                                                                                        PETITIONER

v.                                            NO. 3:07CV00141 JLH

GAYLON LAY, Warden of the Cummins                                                RESPONDENT
Unit, Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Gaylon Lay.  The petition for writ of habeas corpus filed by petitioner Scott A. Howe is dismissed and all requested relief is denied.

IT IS SO ORDERED this 31st day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE